NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POLYCOM, INC.,**
*Appellant*

**v.**

**DIRECTPACKET RESEARCH, INC.,**
*Appellee*

---

2021-1744

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01234.

---

## JUDGMENT

---

GEOFFREY P. EATON, Winston & Strawn LLP, Washington, DC, argued for appellant. Also represented by DAVID DALKE, Los Angeles, CA; NOOROSSADAT TORABI, San Francisco, CA; KATHERINE VIDAL, Redwood City, CA.

TERENCE P. ROSS, Katten Muchin Rosenman LLP, Washington, DC, argued for appellee. Also represented by CHRISTOPHER FERENC, ERIC THOMAS WERLINGER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, DYK and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 13, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court